# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Phyllis Marie Williams,

                      Debtor(s)

_____/

Case No. 20-00684
Chapter 13
Hon. Scott W. Dales
Filed:  February 19, 2020

## FIRST PRE-CONFIRMATION PLAN AMENDMENT

**HISTORY:**
- The Original Chapter 13 Plan was filed on 2/19/20 [DN6]

**PURPOSE:**
- This Plan Amendment amends Paragraph III.A.3.b. to allow for payments to certain parties to be paid prior to attorney fees.
- This Plan Amendment amends Paragraph III.A.4. to correct expenses advanced.
- This Plan Amendment amends Paragraph III.B.2.a. to update estimated claim amounts of priority unsecured creditors Internal Revenue Service and Michigan Dept of Treasury.
- This Plan Amendment amends Paragraph III.C.1.b. to update mortgage payment and arrearage with Flagstar Bank based upon creditor's proof of claim.
- This Plan Amendment amends Paragraph III.C.2.b. to modify secured claim total, interest rate, and payment amount of secured creditor Credit Acceptance Corp.
- 

This amendment affects the above referenced paragraphs only.  All other provisions of the plan, as amended, remain unaffected by this amendment.

| | | |
|---|---|---|
| A limit on the amount of a secured claim, set out in Paragraph III.C.2.c and III.C.1.f., which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Paragraph IV.R. | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Paragraph IV.R. | ■ Included | ☐ Not included |

**III. DISBURSEMENTS**

    **A. ADMINISTRATIVE CLAIMS.** The Debtor(s) shall pay in full, in deferred cash payments, all allowed claims entitled to priority under 11 U.S.C. § 507, including:

        3. Attorney fees exclusive of costs and expenses:  An initial fee of $3,200.00 less fees paid of $302.05, leaving a fee balance in the amount of $2,897.95 to be disbursed by the Trustee pursuant to the priorities set forth in paragraph IV.H of the Plan, unless otherwise marked below:

            a. ( ) Attorney fees shall be paid at the rate of $_____ per month until paid in full pursuant to paragraph IV.H of the Plan.

            b. (XX) Attorney fees shall be paid after all necessary equal monthly payments on secured continuing claims, secured claims, assumed executory contract/unexpired lease claims which is a modification of paragraph IV.H.

        4. Expenses advanced to the Debtor(s) (paid by the attorney to the Clerk of the Court or the service provider) include:

            $____N/A____ filing fee (enter amount or N/A);

            $ ~~14.95~~N/A_____ mandatory credit counseling or financial management class (enter amount or N/A); and

            $ ~~33.00~~N/A_____ other – Credit Report (explain and enter amount, or enter N/A).

    **B. PRIORITY CLAIMS.**

2. a. **Prepetition Priority Tax Claims:** Prepetition priority tax claims are allowed claims entitled to priority under 11 U.S.C. § 507 and shall be paid in full by the Trustee.

**Mandatory information:**

| Creditor Name | Estimated Amount[i] | Nature of Debt |
|---|---|---|
| Internal Revenue Service | $10,192.75 ~~$4,239.26~~ | Personal Income Taxes |
| Michigan Dept of Treasury | $2,360.89 ~~$1,753.89~~ | Personal Income Taxes |

C. **SECURED CLAIMS.**

1. **Real Property:**

   a. **Mortgage Payments:** Unless otherwise stated, the Trustee shall commence paying the first post-petition mortgage payment on the first day of the month following the month of the petition date.

   b. **Principal Residence Post-Petition Mortgage Payments and Prepetition Arrears:** The following is the street address and the tax ID parcel no. for the principal residence of the Debtor(s):

   Residence address and tax parcel ID no. 2205 S. Wadsworth Dr, Lansing, Michigan #33-01-01-31-277-101

| Creditor Name | Estimated Monthly Payment Amount[ii] | Estimated Arrears[iii] | Taxes & Insurance Escrowed With Lender? Y/N | Trustee Pay Y/N |
|---|---|---|---|---|
| #1  Flagstar Bank | $702.30 ~~$735.00~~ | $7,888.26 ~~$7,500.00~~ | Y | Y |
| #2 | | | | |

( ) Mortgage principal and interest on one or more mortgages on the principal residence to be paid in full over life of plan under 11 U.S.C. § 1322(c)(2). Please see Provision IV.R.

2. **Personal Property:**

   b. **Secured Claims Subject to Final Paragraph of 11 U.S.C. § 1325(a):** Each secured creditor in this class has a lien that is not subject to 11 U.S.C. § 506.[iv] Claims in this class shall be paid as follows plus an additional pro-rata amount that may be available from funds on hand at an interest rate specified below or the contract rate specified in the proof of claim, whichever is lower.

| Creditor, Address & Account No. | Collateral | Balance Owing | Interest Rate | Pre-Conf. APP | Equal Monthly Payment |
|---|---|---|---|---|---|
| Credit Acceptance 88663156 | 2014 Chevrolet Malibu | $17,527.49 ~~$17,223.00~~ | 6.50% ~~6.25%~~ | $223.27 | $341.10 ~~$333.24~~ |
| | | | | | |

---

[i] The amount stated is an estimate only and the proof of claim controls as to the amount of the claim. This provision does not preclude any party in interest from filing an objection to the claim.

[ii] The monthly payment amount is an estimate and the Trustee shall pay the monthly payment amount based on the proof of claim as filed. The Plan authorizes the Trustee to make post-petition regular mortgage or land contract payments prior to the proof of claim being filed. This provision does not preclude any party in interest from filing an objection to the claim.

[iii] The amount of prepetition arrears is an estimate and the Trustee shall pay the prepetition arrears based on the proof of claim as filed. Any claim filed for prepetition arrears shall be paid through the Plan over a reasonable period of time and pro-rata with other secured creditors without interest.

[iv] Such a claim is not subject to "cramdown" and will be paid the full balance owing. If the collateral is a motor vehicle and is destroyed, the Debtor(s), with consent from the secured creditor and Trustee, or by order of the Court, may use the collateral insurance proceeds to purchase replacement collateral, to which the creditor's lien shall attach.

BY FILING THIS DOCUMENT, THE ATTORNEY FOR THE DEBTOR(S) OR DEBTOR(S) THEMSELVES, IF NOT REPRESENTED BY AN ATTORNEY, ALSO CERTIFY(IES) THAT THE WORDING AND ORDER OF THE PROVISIONS IN THIS CHAPTER 13 PLAN ARE IDENTICAL TO THOSE CONTAINED IN THE APPROVED MODEL PLAN PURSUANT TO LOCAL BANKRUPTCY RULE 3015(d) FOR THE WESTERN DISTRICT OF MICHIGAN BANKRUPTCY COURT, OTHER THAN ANY NONSTANDARD PROVISIONS INCLUDED IN PARAGRAPH IV.R.

Dated: June 3, 2020  /s/ Phyllis Marie Williams

Phyllis Marie Williams, Debtor

Dated: June 3, 2020  /s/ Aaron J. Kenyon

Robert W. Dietrich (P49704)

Aaron J. Kenyon (P67589)

Counsel for the Debtor(s)

| Williams, Phyllis | Filed | 2/19/2020 | District | Western (Barbara Foley) |
|---|---|---|---|---|
| 20-00684 | Claims Bar | | End Date | 2/19/2025 |
| 2/19/2020 | Confirmed | | 1. Length of plan | 60 Months |

| | | | | |
|---|---|---|---|---|
| Remaining length of plan | | 51 Months | | Current Payment |
| Estimated dividend % to unsecured creditors | | 100.00% | | 2,025.00 Monthly |

| 2. Debtor: | per pay | Monthly | | 0.00 | |
|---|---|---|---|---|---|
| 1/1/2011 | 2,025.00 per pay | Monthly | 51 | 103,275.00 | |
| 1/1/2011 | 0.00 per pay | Monthly | | 0.00 | |

| 4. Lump Sum Payments: | | none | 0.00 |
|---|---|---|---|
| Balance on hand (with Trustee) | | | 0.00 |
| 5. Total to be paid into the Plan (total of line 2 through 4) | | | 103,275.00 |

**Plan is OVERFUNDED**     231.74

| Total to be paid into the plan | | | 103,043.26 | or | 2,020.46 Monthly |
|---|---|---|---|---|---|
| | | | | | 932.52 Bi-Weekly |
| 6.a. Estimated trustee's fees | 10.00% | | 10,304.33 | | 466.26 Weekly |

| Bankruptcy Court - Filing Fee | | | 310.00 |
|---|---|---|---|

| Estimated Attorney Fees & Costs | | | |
|---|---|---|---|
| 6.b. Pre-confirmation | | | 2,897.95 |
| Pending Fee Apps. | | | 0.00 |
| 6.c. Post-confirmation | 51 months | 75.00 | 3,825.00 |
| | | | 6,722.95 |

| 6.e. Total mortgage and other continuing secured debt payments | | | |
|---|---|---|---|
| Flagstar Bank | 51 months | 702.30 | 35,817.30 |
| none | 0 months | 0.00 | 0.00 |
| none | 0 months | 0.00 | 0.00 |
| | | | 35,817.30 |

| 6.h. Total of arrearage claims | |
|---|---|
| Flagstar Bank | 7,888.26 |
| none | 0.00 |
| none | 0.00 |
| | 7,888.26 |

| 6.f. Total non-continuing secured debt payments (including interest) | | | |
|---|---|---|---|
| Credit Acceptance Corp | 60 months | 341.10 | 20,466.00 |
| none | 0 months | 0.00 | 0.00 |
| none | 0 months | 0.00 | 0.00 |
| | | | 20,466.00 |

| 6.g. Total priority claims | 12,553.64 |
|---|---|

| 7. Total Disbursements other than to General Unsecured Creditors | 94,062.48 |
|---|---|

| Taxes - unsecured | 781.02 |
|---|---|
| Lien stripped mortgages - unsecured | 0.00 |
| Cram downs - unsecured | 0.00 |
| General unsecured debts | 8,199.76 |
| Total unsecured claims (if all file) | 8,980.78 |

| 8. Funds estimated to be available for General Unsecured Creditors | 8,980.78 |
|---|---|