## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

Phyllis Marie Williams,

                     Debtor(s)

_____/

Case No. 20-00684
Chapter 13
Hon. James W. Boyd
Filed:  February 19, 2020

### ORDER GRANTING DEBTOR'S
### FIRST POST-CONFIRMATION PLAN AMENDMENT

      This matter came before the Court on the Debtor's First Post-Confirmation Plan Amendment.  No further notice is needed as the Modification has no adverse effect on creditors.  The Court being otherwise fully advised in the premises;

      IT IS HEREBY ORDERED that the Debtor's First Post-Confirmation Plan Amendment is GRANTED.

      IT IS FURTHER ORDERED that the Debtor's Plan payment shall be increased by $726.95 per month for a monthly total of $2,751.95 for the Months of January 2022 – June 2022.

### END OF ORDER

Prepared by:

DIETRICH & KENYON, PLLC
1427 West Saginaw Street, Ste 170
East Lansing, MI 48823
(517) 374-8000

**IT IS SO ORDERED.**

Dated November 4, 2021



James W. Boyd
United States Bankruptcy Judge